UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
    Plaintiff

       v.                      Case No.  09-cr-71-01-SM

<u>Robert Lee McClain</u>,
    Defendant

## O R D E R

Defendant McClain's motion to continue the trial is granted (document no. 18).  Trial has been rescheduled for the month of November 2009.  Defendant McClain shall file a waiver of speedy trial rights not later than September 14, 2009.  On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for October 19, 2009 at 4:00 p.m.

Jury selection will take place on November 3, 2009 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

September 1, 2009

cc: Paul Garrity, Esq.
    Jennifer Davis, AUSA
    U.S. Marshal
    U.S. Probation